# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1:22-cr-165 |
| Marquis Lionel Smith, ) | |
| ) | |
| Defendant. ) | |

On October 26, 2022, the United States filed a "Motion for Order Preventing Defendant's Contact with Identified Victims and Witnesses." The court finds it reasonable and necessary under the present circumstances to expedite defendant's deadline to respond to the United States' motion. Accordingly, the court **ORDERS** that defendant shall have until 12:00 PM on October 28, 2022, to file a response to the United States' motion.

Dated this 27th day of October, 2022.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court